**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF GEORGIA**
**ALBANY DIVISION**

| | | |
|---|---|---|
| **WARREN J. FORD,** | : | |
| | : | |
| **Plaintiff,** | : | |
| | : | |
| v. | : | **CASE NO:** |
| | : | **1:25-cv-106–WLS** |
| **SUMTER COUNTY SCHOOL DISTRICT and CARLOS A. HAYNES,** | : | |
| | : | |
| | : | |
| **Defendants.** | : | |
| | : | |

**ORDER**

By Order (Doc. 15) entered July 1, 2026, the Court granted a stay of discovery in this case to allow the Parties to engage in mediation. Pursuant to that Order, on or before Thursday, October 1, 2026, the Parties were ordered to file a report notifying the Court of the result or status of the mediation. To date, the Parties have not filed such report.

Accordingly, on or before **Tuesday, October 13, 2026**, the Parties shall comply with the Court's July 1, 2026 Order by filing a report notifying the Court of the result or status of the mediation. Failure to comply with this Order may result in an immediate lifting of the stay of discovery in this matter.

**SO ORDERED**, this 6th day of October 2026.

/s/ W. Louis Sands
W. LOUIS SANDS, SR. JUDGE
UNITED STATES DISTRICT COURT