**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF GEORGIA**
**ALBANY DIVISION**

| | | |
|---|---|---|
| **WARREN J. FORD,**<br><br>**Plaintiff,**<br><br>**v.**<br><br>**SUMTER COUNTY SCHOOL DISTRICT and CARLOS A. HAYNES,**<br><br>**Defendants.** | :<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>: | **CASE NO:**<br>**1:25-cv-106–WLS** |

## ORDER

Presently before the Court is the Parties' Joint Status Report on Mediation (Doc. 17) ("Notice"). Therein, the Parties notify the Court that they have settled this case after mediation. The Parties are in the process of finalizing the settlement documents and a Stipulation of Dismissal will be filed. To ensure the timely and orderly disposition of this case, the Parties are hereby

**ORDERED** to file a joint stipulation of dismissal of all claims by **no later than Monday, November 9, 2026,** or, by the same deadline, file with the Court a motion for additional time containing a written statement as to why additional time is needed.

**SO ORDERED**, this 13th day of October 2026.

/s/W. Louis Sands
**W. LOUIS SANDS, SR. JUDGE**
**UNITED STATES DISTRICT COURT**