**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF GEORGIA**
**ALBANY DIVISION**

| | | |
|---|---|---|
| WARREN J. FORD, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | CIVIL ACTION FILE |
| v. | ) | NO. 1:25-cv-00106-WLS |
| | ) | |
| SUMTER COUNTY SCHOOL DISTRICT and CARLOS A. HAYNES, | ) | |
| | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

**JOINT STIPULATION OF DISMISSAL WITH PREJUDICE**

COME NOW Plaintiff Warren J. Ford and Defendants Sumter County School District and Carlos A. Haynes, being all parties who have appeared in this action, and, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), hereby stipulate to the dismissal of this action, including all claims asserted herein, with prejudice.

Each party shall bear its own attorney's fees and costs.

Respectfully submitted this 9th day of November, 2026.

| | |
|---|---|
| DREW ECKL & FARNHAM, LLP | HAWK LAW FIRM |
| ***/s/ Gwendolyn D. Havlik*** | ***/s/ Jon R. Hawk*** |
| (with express permission) | Jon R. Hawk |
| Gwendolyn D. Havlik | Georgia Bar No. 338645 |
| Georgia Bar No. 574891 | Attorney for Plaintiff |
| ***/s/ Cameron Poole*** | 5233 Riverside Drive, Suite D |
| (with express permission) | Macon, Georgia 31210 |

Cameron Poole
Georgia Bar No. 713569
Attorneys for Defendants

303 Peachtree Street NE, Suite 3500
Atlanta, Georgia 30308
(404) 885-1400
havlikg@deflaw.com
poolec@deflaw.com

(478) 239-6615
jon@hawkinjurylaw.com

POWERS & BEECHER

***/s/ Jeffrey N. Powers***
(with express permission)
Jeffrey N. Powers
Georgia Bar No. 586588
Attorney for Plaintiff

3557 Vineville Avenue
Macon, Georgia 31204
(478) 738-8884
jpowers@powerslawgroup.com

SO ORDERED this 11th day
of November, 2026.

W. Louis Sands
W. Louis Sands, Sr. Judge
United States District Court